**Order entered January 26, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00290-CR
### No. 05-20-00292-CR

### JAMES ARNAZ RANDLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F17-30614-P & F17-30615-P

### ORDER

The reporter's record was filed on May 19, 2020. On January 21, 2021, a corrected volume 6 with proper bookmarks was filed. We **STRIKE** volume 6 of the reporter's record filed on May 19, 2020.

/s/    LANA MYERS
       JUSTICE